# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF ARIS T ENE AS OWNERS and MARMARAS NAVIGATION, LTD AS MANAGERS OF THE M/V ARIS T PETITIONING FOR EXONERATION FROM OR LIMIATION OF LIABILITY | * CIVIL ACTION <br> * NO. <br> * ADMIRALTY- RULE 9(h) <br> * <br> * SECTION " " <br> * <br> * MAGISTRATE ( ) <br> * |

## NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOW INTO COURT, through undersigned counsel, come ARIS T ENE and Marmaras Navigation, Ltd., as owners and managers, respectively, of the M/V ARIS T, to submit the following Notice for publication:

**IN THE MATTER OF ARIS T ENE AS OWNERS and MARMARAS NAVIGATION, LTD AS MANAGERS OF THE M/V ARIS T PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

**CIVIL ACTION NO.**

**SECTION**

Notice is given that the above named Limitation Petitioners have filed a complaint, pursuant to Sections 30501, et seq. of Title 46 of the United States Code (46 U.S.C. § 30501, *et seq.*), for exoneration from or limitation of liability for all claims for any loss, damage, injury, or deaths arising out of or occurring as a result of the incident occasioned during the early evening of January 31, 2016, while proceeding under compulsory pilotage upbound in the Mississippi River in the vicinity of Mile 125 Above Head of Passes (AHP), when the M/V ARIS T's navigation was crowded, and she allegedly allided with the SCF VISION and her tow of barges moored at the Valero St. Charles dock, the Motiva Norco dock, and the PEDERNALES, all as more fully set forth in the Complaint.

All persons having such claims must file their respective claims, as provided in Rule F, including paragraphs (4) and (5) thereof, of the Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States Court House, 500 Camp Street, Room C-151, New Orleans, Louisiana, and must serve a copy thereof on attorneys for Limitation Petitioners on or before the _____ day of _____, 2016, or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on the attorneys for Limitation Plaintiff an answer to the complaint on or before the aforesaid date unless his claim has included an answer, so designated, or be defaulted.

New Orleans, Louisiana, this ____ day of February, 2016.

WILLIAM W. BLEVINS, CLERK OF COURT

Respectfully Submitted,

CHAFFE McCALL, L.L.P.

/s/ *Daniel A. Tadros*
**DANIEL A. TADROS** (#21906) (TA)
**THOMAS D. FORBES** (#5682)
**LAURA BECK KNOLL** (#36534)
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
E-Mail: tadros@chaffe.com
E-Mail: forbes@chaffe.com
E-Mail: knoll@chaffe.com
Attorneys for Petitioners, ARIS T ENE,
Marmaras Navigation Ltd., and M/V ARIS T

2